■ In the Matter of BURT T. FELTZ, Respondent, v TOWN OF BOSTON, Appellant. [737 NYS2d 910] —Appeal from a judg-

ment (denominated order) of Supreme Court, Erie County (Rogowski, J.H.O.), entered March 5, 2001, which granted the CPLR article 78 petition seeking to annul a determination of respondent terminating petitioner's employment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Rogowski, J.H.O. Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.